O'BRIEN, Appellant, v. SMITH, Respondent. (Supreme Court, General Term, First Department. June 14, 1895.) Appeal from special term, New York county. Action by Michael O'Brien against Robert J. Smith. Edward W. S. Johnston, for appellant. Frederic A. Ward, for respondent.

PER CURIAM. This action was begun September 9, 1889, by an assignee of Margaret Smith, to compel the defendant to account for moneys which, it is alleged, he wrongfully converted to his own use between November 1, 1880, and September 11, 1883, while employed by the assignor as the manager of her retail liquor store at Nos. 56 and 58 Columbia Place, Brooklyn. The allegations in the complaint are wholly on information and belief, but it is not alleged how much money the assignor lost, nor when the defendant converted it. At the close of the plaintiff's case the defendant rested, and the court held that there was no evidence that the assignor had lost any money, or that the defendant had retained any of her money. The court also found that the assignment was colorable only, the assignor retaining an interest in the alleged cause of action. After reading the evidence we are satisfied that the plaintiff utterly failed to prove his cause of action, and that the judgment should be affirmed, with costs.

O'CONNOR v. SEASIDE & BROOKLYN BRIDGE R. CO. et al. (Supreme Court, General Term, Second Department. July 26, 1895.) Action by Ellen O'Connor against the Seaside & Brooklyn Bridge Railroad Company and others. No opinion. Judgment affirmed, with costs. All concur.

In re ONE HUNDRED AND FIFTY-FOURTH ST. (Supreme Court, General Term, First Department. June 14, 1895.) No opinion. Motion granted, with $10 costs.

PEDRO, Respondent, v. BROOKLYN CITY R. CO., Appellant. (City Court of Brooklyn, General Term. June 24, 1895.) Action by Christine M. Pedro. as guardian of Robert H. Carty, against the Brooklyn City Railroad Company. Morris & Whitehouse, for appellant. Shorter & Kurth, for respondent.

PER CURIAM. This case was submitted without oral argument, and no point is made in the brief for appellant, except that the verdict was against the weight of evidence. After careful consideration, we are of opinion that the verdict should not be set aside. Judgment and order denying new trial affirmed, with costs.

PELL et al., Respondents, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, General Term, First Department. June 14, 1895.) Action by Annie C. Pell and others against the Manhattan Railway Company and others. H. McWilliams, for appellants. E. W. Tyler, for respondents.

PER CURIAM. The judgment in this case must be affirmed. One difficulty with the appellants' argument as to the credibility of some of the witnesses is that it depends upon evidence given by them in other cases, which is not contained in this record, and which does not seem ever to have been offered in evidence. The judgment should be affirmed, with costs.

PEOPLE, Respondent, v. GRAND LODGE OF EMPIRE ORDER OF MUTUAL AID OF STATE OF NEW YORK, Appellant. (Supreme Court, General Term, Third Department. July 6, 1895.) Action by the people of the state of New York against the Grand Lodge of the Empire Order of Mutual Aid of the State of New York (Jane Draper, claimant). No opinion. Order affirmed, with costs and disbursements.

PEOPLE v. OETTENGER. (Supreme Court, General Term, Fifth Department. January, 1895.) No opinion. Motion to amend memorandum of decision denied. See 29 N. Y. Supp. 927.

PEOPLE ex rel. CUNNINGHAM et al., Respondents. v. WILSON et al., Appellants. (Supreme Court, General Term, Second Department. June 14, 1895.) Action by the people on the relation of one Cunningham and others, respondents, against Thomas A. Wilson and others, composing the board of assessors of the city of Brooklyn. No opinion. Order dismissing appeal from judgment granted and signed.

PEOPLE ex rel. HARMAN v. ADAMS. (Supreme Court, General Term, Second Department. February, 1895.) Action by the people of the state of New York on the relation of Granville W. Harman, as register, etc., against Henry H. Adams, as county treasurer of the county of Kings. No opinion. Order affirmed, without costs.

PEOPLE ex rel. KLEBISCH, Respondent, v. GEARING, Appellant. (Supreme Court, General Term, Second Department. February, 1895.) Action by the people of the state of New York on the relation of Charles W. Klebisch, against Charles Gearing, Jr., as trustee, etc. No opinion. Judgment affirmed, with costs and disbursements.

PEOPLE ex rel. LEE et al., Respondents, v. VILLAGE OF COLLEGE POINT et al., Appellants. (Supreme Court, General Term, Second Department. July 26, 1895.) Action by the people on the relation of Robert Lee and others, against the village of College Point and others. John J. Gleason, for appellants. O. B. Gould, for respondents.

DYKMAN, J. This is an appeal from an order of the special term reversing the taxation of $50 as costs to the defendants, which was al-

lowed by the clerk. The proceeding was by certiorari, and the only question presented by the appeal now before us is whether, under the order of the general term confirming their proceedings, with costs to be taxed, the defendant could include in its bill of costs the sum of $50. That sum was allowable in the discretion of the court, but, as that discretion was not exercised, the defendant acquired no right to insert the same in his bill of costs. The order should therefore be affirmed, with $10 costs and disbursements.

---

PEOPLE ex rel. LEE et al. v. VILLAGE OF COLLEGE POINT et al. (Supreme Court, General Term, Second Department. June 14, 1895.) Action by the people, on the relation of Robert Lee and others, against the village of College Point and others. No opinion. Motion to resettle order denied.

---

PEOPLE ex rel. O'CONNOR v. WELLES. (Supreme Court, General Term, Second Department. July 26, 1895.) Action by the people, on the relation of Patrick O'Connor, against Leonard R. Welles, commissioner of police. No opinion. Determination confirmed, without costs. All concur.

---

PEOPLE ex rel. ROBERTS et al. v. WELLES. (Supreme Court, General Term, Second Department. July 26, 1895.) Action by the people, on the relation of William J. Roberts and others, against Leonard R. Welles, as police commissioner, etc. No opinion. Determination confirmed, without costs. All concur.

---

PERKINS v. BENNETT. (Supreme Court, General Term, Second Department. June 14, 1895.) Action by James H. Perkins against James Gordon Bennett. No opinion. Order affirmed, with $10 costs and disbursements.